UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT J. CAFFREY,** | : | |
| | : | Case No. 5:09-CV-427 |
| **Plaintiff,** | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | <u>ORDER</u> |
| | : | |
| **Defendant.** | : | |

Before the Court is Defendant, Commissioner of Social Security's (the "Commissioner"), *Motion to Remand* (Doc. 10). Magistrate Judge Kenneth S. McHargh has filed a Report and Recommendation ("R&R") recommending that the Court grant the Commissioner's *Motion to Remand* for good cause shown. (Doc. 11.) Though the time to object to the R&R has not yet passed, plaintiff's counsel has informed the Court that plaintiff does not object to a remand. The Court, moreover, agrees with the Magistrate Judge's finding that the Commissioner has shown good cause to remand. Accordingly, Magistrate Judge McHargh's R&R is **ADOPTED**, the "Commissioner's *Motion to Remand* (Doc. 10) is **GRANTED**, and the matter is **REMANDED** for further administrative action pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).[1]

    **IT IS SO ORDERED.**

                                                                  s/Kathleen M. O'Malley
                                                                  KATHLEEN McDONALD O'MALLEY
                                                                  UNITED STATES DISTRICT JUDGE

**Dated: May 27, 2009**

---

[1] Either party may file a motion to reopen the case as and when appropriate.